**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**OCALA DIVISION**

VICKI BICKFORD,

    Plaintiff,

v.                                            Case No. 5:23-cv-218-JA-PRL

COMENITY CAPITAL BANK,

    Defendant.

---

**ORDER OF DISMISSAL**

The Court has been advised by the Plaintiff that the above-styled action has been settled. (Doc. 16).

Accordingly, pursuant to Local Rule 3.09(b) of the Middle District of Florida, it is **ORDERED** and **ADJUDGED** that this case is hereby **DISMISSED** subject to the right of any party, within sixty days from the date of this Order, to move the Court to re-open the case for entry of a stipulated final order or a judgment or for further proceedings. All pending motions are **DENIED as moot**. The Clerk is directed to close this case.

DONE and ORDERED on July 25, 2023.

/s/ JOHN ANTOON II<br>
JOHN ANTOON II<br>
United States District Judge

Copies furnished to:
Counsel of Record